UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMRO HEGAB, individually and on behalf of all other persons similarly situated, | Civil Action No. 11-cv-01206 (CCC)(JAD) |
| Plaintiff, | |
| v. | ORDER |
| FAMILY DOLLAR STORES, INC., | ELECTRONICALLY FILED |
| Defendant. | |

ORDER

Plaintiff, Amro Hegab, and defendant, Family Dollar Stores, Inc., have filed a joint motion seeking preliminary approval of their settlement in this action.  The Court has fully considered the motion and all related submissions and the Court for good cause shown grants the motion as follows:

It is on this _____ day of _____, 2014

ORDERED, that the parties' joint motion for preliminary approval of their settlement agreement is GRANTED; and it is further

ORDERED, that the proposed settlement class is conditionally certified; and it is further

ORDERED, that the form and manner of notice proposed by the parties, as well as the proposed timetable and claims form, are approved; and it is further

ORDERED, that Klafter Olsen & Lesser LLP, Hepworth Gershbaum & Roth, PLLC, and Lite DePalma Greenberg, LLC are appointed as settlement class counsel; and it is further

ORDERED, that plaintiff Hegab is appointed settlement class representative and Rust Consulting, Inc. settlement administrator; and it is further

ORDERED, that a copy of this Order will be served upon all counsel of record within seven days of the date hereof.

_____
Claire Cecchi, U.S.D.J.