UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMRO HEGAB, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>Defendant. | Civil Action No. 11-cv-01206 (CCC)(JAD)<br><br><br><br>NOTICE OF MOTION<br><br>ELECTRONICALLY FILED |

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF
FEES AND COSTS AND CLASS REPRESENTATIVE ENHANCEMENT

PLEASE TAKE NOTICE that on February 5, 2015 at 11:00 am before the Honorable Claire Cecchi, or whomever may be sitting in her stead, in the United States District Court for the District of New Jersey, Newark Vicinage, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015 Newark, New Jersey 07101, the undersigned counsel will more this Court pursuant to Federal Rules of Civil Procedure 23 and 54 for an award attorneys' fees and expenses to Plaintiffs' Counsel and an enhancement payment to the named Plaintiff.

1

Plaintiff will rely on the supporting memorandum and declaration of Seth R. Lesser submitted in support of this motion and all prior proceedings in this action. A proposed order accompanies this motion.

Dated:  January 29, 2015                     Respectfully Submitted By:

    /s/ Seth Lesser_____
Seth Lesser
Fran Rudich
Klafter Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, NY  10573

Marc Hepworth
David A. Roth
Hepworth Gershbaum & Roth, PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016

Mayra V. Tarantino
Lite DePalma Greenberg, LLC
Two Gateway Center, Suite 1201
Newark, NJ  07102

**ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT CLASS**

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that on this date, I caused copies of the following documents to be served on all parties via electronic case filing: Notice of Plaintiff's Unopposed Motion for An Award of Fees and Costs and Class Representative Enhancement, Memorandum in Support of Plaintiff's Unopposed Motion for An Award of Fees and Costs and Class Representative Enhancement, the Declaration of Seth R Lesser and Proposed Order.

Dated: January 29, 2015

                                             */s/* Seth R. Lesser
                                             Seth R. Lesser