# KLAFTER OLSEN & LESSER LLP
### ATTORNEYS AT LAW

Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

February 5, 2015

<u>VIA ECF</u>

The Honorable Claire C. Cecchi
U.S. District Court
  District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

     Re:    *Hegab v. Family Dollar Stores, Inc.*
            11-cv-01206-CCC-JAD

Dear Judge Cecchi:

     Pursuant to Your Honor's instructions at the Court hearing in this matter earlier today, the nine late claimants whose claim forms Family Dollar has agreed not to challenge, and will accept as timely for purposes of effectuating the case's settlement, are: Xiomar Rosado; Anthony Q. Coleman; Lanika L. Booker; Kristi N. Caruso; Luana C. Amah; Angela R. Caregnato; Joseph T. Pastore; Ibrahima I. Thiandoume; and Usman O. Mamdu.

     With these individuals included, 265 settlement class members will have participated and the participation rate increases to 46.68% of the settlement class members, which accounts for 55.54% of the settlement amount allocated to settlement class members.  *Compare* Memorandum in Support of Final Approval at 18 (prior percentages being 45.96% and 55.04%, respectively).

     Should Your Honor have any questions or concerns, please do not hesitate to contact myself or Mr. Ybarra.

                                        Respectfully yours,

                                        Seth R. Lesser

cc: John Ybarra, Esq. (via email)



NEW YORK • NEW JERSEY • WASHINGTON, DC